**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>ATTORNEY GENERAL OF ARIZONA,<br><br>ATTORNEY GENERAL OF COLORADO,<br><br>STATE OF INDIANA, and<br><br>UTAH DIVISION OF CONSUMER PROTECTION,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESS RESIDENTIAL, LLC, a limited liability company,<br><br>and<br><br>PRETIUM PARTNERS, LLC, a limited liability company,<br><br>Defendants. | Case No. 1:26-cv-06782-VMC |

# **PLAINTIFFS' MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY JUDGMENT, AND OTHER RELIEF**

Plaintiffs, the Federal Trade Commission ("FTC" or "Commission"); the Attorney General of Arizona ("State of Arizona"); Philip J. Weiser, the Attorney

General of Colorado ("Colorado Attorney General"); the State of Indiana; and the Utah Division of Consumer Protection ("State of Utah") (collectively, "Plaintiffs") respectfully move this Court to enter the attached proposed Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief ("Stipulated Order"). Defendants Progress Residential, LLC and Pretium Partners, LLC have stipulated to the entry of the attached Stipulated Order to resolve all matters in dispute in this matter.

Accordingly, Plaintiffs request that the Court enter the accompanying Stipulated Order.

[Signatures appear on the following pages.]

Dated: November 6, 2026

Respectfully submitted,

**FOR PLAINTIFF**
**FEDERAL TRADE COMMISSION**

CHRISTOPHER G. MUFARRIGE
Director, Bureau of Consumer Protection

ANNIE CHIANG
Deputy Director, Bureau of Consumer Protection

NICHOLAS MAY
Regional Director, Southeast Region

MARGUERITE MOELLER
Assistant Regional Director, Southeast Region

*/s/ Michael Boutros*
MICHAEL BOUTROS
Georgia Bar No. 955802
HAROLD KIRTZ
Georgia Bar No. 424070
Federal Trade Commission
401 W. Peachtree Street, NW, Suite 1500
Atlanta, GA 30308
(404) 656-1351; mboutros@ftc.gov
(404) 656-1357; hkirtz@ftc.gov

**FOR PLAINTIFF**
**STATE OF ARIZONA**

*/s/ Heather Hamel* ________________
HEATHER HAMEL
Arizona Bar No. 031734 (*pro hac vice application forthcoming or pending)*
AMANDA SALVIONE
Arizona Bar No. 032136 (*pro hac vice application forthcoming or pending)*
Assistant Attorneys General
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-7731 (Hamel)
Phone: (602) 542-7757 (Salvione)
consumer@azag.gov
Heather.Hamel@azag.gov
Amanda.Salvione@azag.gov

**FOR PLAINTIFF
COLORADO ATTORNEY
GENERAL**

PHILIP J. WEISER
COLORADO ATTORNEY GENERAL

*/s/ Monica M. Manning*

MONICA M. MANNING
Georgia Bar No. 105494
Assistant Attorney General
MARTHA U. FULFORD, 53304
Assistant Deputy Attorney General
JULIANNE B. CRAMER, 57111
First Assistant Attorney General
CONOR A. KRUGER, 54111
Assistant Attorney General
Consumer Protection Section
1300 Broadway, 9th Floor
Denver, CO 80203
Tel: (720) 508-6000
Email: monica.manning@coag.gov;
julie.cramer@coag.gov;
conor.kruger@coag.gov

**FOR PLAINTIFF**
**THE STATE OF INDIANA**

TODD ROKITA
Attorney General

*/s/ Chase M. Haller*______________
By: CHASE M. HALLER
Indiana Bar No. 29944-49
*(pro hac vice application forthcoming or pending)*
Deputy Attorney General
Section Chief Homeowner Protection Unit
Office of the Indiana Attorney General

SCOTT L. BARNHART
Indiana Bar No. 25474-82
Director and Chief Counsel
Consumer Protection Division

REGAN M. PERRODIN
Indiana Bar No. 36333-71
Deputy Attorney General

302 W. Washington Street, IGCS
5th Floor
Indianapolis, IN 46204
Phone: (317) 232-6285
Fax: (317) 232-7979
Email: Chase.Haller@atg.in.gov

**FOR PLAINTIFF**
**STATE OF UTAH**

*/s/ Katie Villani*________________
DEREK BROWN
UTAH ATTORNEY GENERAL
DOUGLAS CRAPO (14620)
*(pro hac vice application forthcoming or pending)*
ROBERT WING (4445)
*(pro hac vice application forthcoming or pending)*
KATIE VILLANI (16654)
*(pro hac vice application forthcoming or pending)*
Utah Attorney General's Office
160 East 300 South, 5th Floor
Salt Lake City, UT 84114
(801) 366-0310
crapo@agutah.gov
rgwing@agutah.gov
kvillani@agutah.gov

**CERTIFICATE OF COMPLIANCE PURSUANT TO L.R. 5.1, NDGa**

The undersigned counsel hereby certifies that the foregoing has been prepared using one of the font and point selections approved in L.R. 5.1, NDGa.

This 6th day of November, 2026.

*/s/ Michael A. Boutros*
Michael A. Boutros

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of **PLAINTIFFS' MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY JUDGMENT, AND OTHER RELIEF** was filed electronically with the Court. Notice of this filing will be sent to all counsel of record via electronic mail to:

Frank Gorman
Benjamin Chapin
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Frank.Gorman@wilmerhale.com
Benjamin.Chapin@wilmerhale.com

Counsel for Progress Residential, LLC

Olivia Adendorff
Lucie Duvall
Kirkland & Ellis LLP
Dallas Office:
4550 Travis Street
Dallas, TX 75205
DC Office:
1301 Pennsylvania Avenue NW
Washington, DC 20004
Olivia.Adendorff@kirkland.com
Lucie.Duvall@kirkland.com

Counsel for Pretium Partners, LLC

This 6th day of November, 2026.

*/s/ Michael A. Boutros*
Michael A. Boutros